JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLFLOWER UNIFIED SCHOOL DISTRICT, | Case No. CV 19-2972 FMO (FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FERNANDO LUA, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action With Prejudice, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 7th day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge