**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELLFLOWER UNIFIED SCHOOL DISTRICT,<br><br>        Plaintiff,<br><br>    v.<br><br>FERNANDO LUA, et al.,<br><br>        Defendants. | Case No. CV 19-2972 FMO (FFMx)<br><br>**JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |

Pursuant to 20 U.S.C. § 1415(i)(3) and the Court's Order Re: Defendants' Motion for Attorney's Fees and Costs, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT plaintiff Bellflower Unified School District shall pay defendants Fernando Lua and Sandra Lua attorney's fees in the amount $96,743.25 and costs in the amount $131.95. Dated this 5th day of July, 2023.

                                                        /s/
                                      Fernando M. Olguin
                               United States District Judge